Andrew T. Thomasson, Esq.
Alla Gulchina, Esq.
THOMASSON PLLC
350 Springfield Avenue, Suite 200
Springfield, NJ 07081
(973) 312-0774

*Attorneys for Plaintiff, Brett Byars*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRETT BYARS, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>*vs.*<br><br>ALLTRAN FINANCIAL, L.P.,<br>Defendant. | Case No. 2:21-cv-01257-BRM-ESK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Brett Byars, hereby gives notice of dismissal of this action.

Respectfully submitted,

Dated: March 25, 2021

*s/ Andrew T. Thomasson*
Andrew T. Thomasson

Alla Gulchina, Esq.
THOMASSON PLLC
350 Springfield Avenue, Suite 200
Springfield, NJ 07081
Andrew@Thomassonpllc.com
Alla@Thomassonpllc.com

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
DATED:  MARCH 25, 2021